UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY J. CRAFT, <br><br> *Plaintiff*, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security <br><br> *Defendant*. | CASE NO.   CV12-01976 BJR <br><br> ORDER GRANTING JUDGMENT <br> FOR DEFENDANT |

## **ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S OBJECTIONS [17]**

The Court, after consideration of the complaint, the parties' briefs, and the Report and Recommendation of the Honorable James P. Donohue, does hereby find that:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's Objections to the Report and Recommendation restate Plaintiff's objections to the findings of the Commissioner, without undermining Judge Donohue's findings.

(3)     The final decision of the Commissioner is **AFFIRMED** and this case is dismissed with prejudice.

1

(4)     The Clerk of the Court is respectfully directed to enter judgment for Defendant and close this case in its entirety. The Clerk of the Court is further directed to send copies of this Order to the parties and to Judge Donohue.

**IT IS SO ORDERED.**

DATED this 5th day of March, 2014

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge